## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

William Starkey,

      Plaintiff,                        Case No. 2:20-cv-5213

      v.                              Judge Michael H. Watson

Commissioner of Social Security,      Magistrate Judge Deavers

      Defendant.

### ORDER

On December 20, 2021, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court overrule Plaintiff's Statement of Specific Errors and affirm the Commissioner of Social Security's decision in this social security case. R&R, ECF No. 15. The R&R notified the parties of their right to object to the recommendations contained therein. *Id.* at 20–21. It specifically advised the parties that a failure to object would waive the right to a de novo determination by the Undersigned and the right to appeal the Undersigned's adoption of the R&R. *Id.* at 21.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

      **IT IS SO ORDERED.**

                                       **MICHAEL H. WATSON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**